IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00218-MR-WCM

| | | |
|---|---|---|
| RALPH TRAPAGA and MAUREEN TRAPAGA | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CHARLES DOUGLAS WILLIAMS and BECKY BENSON WILLIAMS | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 12) and an Amended Motion for Admission *Pro Hac Vice* and Affidavit (the "Amended Motion," Doc. 15) filed by Kimberly N. Carpenter. The Amended Motion indicates that Ms. Carpenter, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that she seeks the admission of Matthew E. Cook, who the Motions represent as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Amended Motion.

1

IT IS THEREFORE ORDERED THAT:

1. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) is **DENIED AS MOOT**;

2. The Amended Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) is **GRANTED**; and

3. Matthew E. Cook is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 1, 2024

W. Carleton Metcalf
United States Magistrate Judge